UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN MARCOS CHAVELA,<br><br>Plaintiff,<br><br>v.<br><br>SUPREME COURT JUSTICE,<br><br>Defendant. | Case No. C26-2283-KKE<br><br>REPORT AND RECOMMENDATION |

Plaintiff filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) On July 1, 2026, a Notice of Filing Deficiency was mailed to Plaintiff, noting that the defendant's first name was illegible. (Dkt. # 3.) This notice was returned as undeliverable on July 6, 2026. (Dkt. # 5.)

On July 7, 2026, the Court issued an Order to Show Cause why the IFP application should not be denied. (Dkt. # 4.) On July 16, 2026, mail addressed to Plaintiff enclosing the Order to Show Cause was also returned as undeliverable. (Dkt. # 6.) No further activity has occurred on the docket.

Pursuant to the Court's Local Rules, if mail directed to a *pro se* plaintiff is returned as undeliverable and the plaintiff fails to notify the court and opposing parties within 60 days of

their current mailing or email address, a court may dismiss the action without prejudice for failure to prosecute. Local Rules W.D. Wash. LCR 41(b)(2).

As Plaintiff has failed to provide the Court with an updated address, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. This Court further recommends that Plaintiff's application to proceed IFP (dkt. # 1) be denied as moot. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **October 9, 2026**.

The Clerk is directed to send copies of this order to Plaintiff and to the Honorable Kymberly K. Evanson.

Dated this 24th day of September, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge