UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN MARCOS CHAVELA,<br>Plaintiff(s),<br>v.<br>SUPREME COURT JUSTICE,<br>Defendant(s). | CASE NO. C26-2283-KKE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed Plaintiff's application to proceed in forma pauperis ("IFP"), the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation. Dkt. No. 7.

(2) This action is DISMISSED for failure to prosecute. Plaintiff's application to proceed in forma pauperis (Dkt. No. 1) is DENIED as moot.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

Dated this 21st day of October, 2026.

Kymberly K. Evanson
United States District Judge